AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA

COREY JOSEPH A. SHAW
        Plaintiff
    v.
TOM DART, Cook County Sheriff,
(*Termed:1/19/2024*);

ERIN STOKES, Lake County Probation Officer,
in her personal and official capacity;

JACOB OTTO, Lake County Probation Officer,
in his personal and official capacity;

UNKNOWN EMPLOYEES OF: THE COOK COUNTY SHERIFF'S DEPARTMENT, THE COOK COUNTY DEPARTMENT OF CORRECTIONS, AND THE LAKE COUNTY, INDIANA SHERIFF'S DEPARTMENT, in their personal and official capacity, (*All Termed: 1/19/2024*)

NICK MEDRANO, Officer of the Lake County Sheriff's Department, in his personal and official capacity, (*Termed: 1/19/2024*);

BRANDON TOMKO, Officer of the Lake County Sheriff's Department, in his personal and official capacity, (*Termed: 1/19/2024*);

OSCAR MARTINEZ, Sheriff of Lake County, Indiana, in his official capacity, (*Termed: 1/19/2024*)
        Defendants

Civil Action No.  2:24-CV-00026-GSL-APR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ _____ the amount of _____ dollars ($____, which includes prejudgment interest at the rate of ____%, plus post-judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

**X** other:  This case is DISMISSED with prejudice, as to Claims One, Two, Seven, and Eight for failure to

state a claim upon which relief can be granted because they are time-barred.  The remaining claims are DISMISSED with prejudice, because the Court declines to exercise supplemental jurisdiction.

This action was (*check one*):

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Judge Gretchen S. Lund on a motion to dismiss.

DATE: May 30, 2024                    *Chanda J. Berta, Clerk of Court*

                                       by  s/ K. Cather
                                       *Signature of Clerk or Deputy Clerk*